**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Ignacio ARANDA–CAMARGO,**
**Defendant–Appellant.**

**No. 08–20444**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Feb. 12, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

James Ray Alston, Houston, TX, for Defendant–Appellant.

Before GARZA, DENNIS, and ELROD, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Ignacio Aranda–Camargo has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386

U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Aranda–Camargo has filed a response. Our independent review of the record, counsel's brief, and Aranda–Camargo's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR R. 47.5.4.